UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK 
------------------------------------------------------------X

ALBERT SLOH, MOHAMMAD SHAHJAHAN,
OLUFEMI SOKUNBI, and UDUHIRI KINGSLEY,

Plaintiffs,　　　　　**VERIFIED COMPLAINT**

-v-

CITY OF NEW YORK (NEW YORK CITY POLICE
DEPARTMENT),

Defendant.

------------------------------------------------------------X



     Plaintiffs, as and for their Complaint against Defendant, allege, by their attorneys,

as follows:

<u>INTRODUCTION</u>

1.     This is an action addressed to the refusal of the New York City Police Department

("NYPD") to allow the presidential candidate in a union election to campaign anywhere inside of

the NYPD Commands which the members of the union report to each day.  The edict, which

reverses 40 years of prior practice, bars campaigning even in non-work areas before shifts begin.

At the same time as campaigning is barred, representatives of AFLAC and other insurance

companies are allowed to speak to gatherings of the members and set up tables inside the

commands for solicitation.  The edict is a blatant violation of Plaintiffs' First Amendment rights

and those of other members of Local 1182, Communications Workers of America ("Local

1182"), the union which is conducting an election for its top officers.  Plaintiffs bring this suit in

order to achieve immediate relief so that plaintiffs, as candidates, and as supporters of the

candidate, can exercise their First Amendment rights to campaign.  Ballots are to be mailed late

in the week of June 1, 2015 or shortly thereafter.

## JURISDICTION

2.      Plaintiffs invoke this Court's jurisdiction under 28 U.S.C. § 1331, seeking direct injunctive relief under the First Amendment to the United States Constitution.

## PARTIES

3.      Plaintiffs Albert Sloh, Mohammad Shahjahan, Olufemi Sokunbi, and Uduhiri Kingsley are employees of the NYPD.  Each is employed as a Traffic Enforcement Agent ("TEA") Level 2, except for Albert Sloh, who is a TEA Level 1.  Each is also a member of Local 1182, Communications Workers Union of America (hereinafter "Local 1182").

4.      Defendant City of New York is a municipal corporation which under state law operates a police department (the NYPD) which employs tens of thousands of employees, including around 3,000 who work as TEAs.  The NYPD has its headquarters at One Police Plaza, New York, New York.

## FACTS

5.      Local 1182 represents, for collective bargaining purposes, all Level 1 and Level 2 TEAs employed by the NYPD.  These number around employees.  TEAs principally write parking tickets and direct traffic.  They do not carry weapons but they do wear NYPD uniforms.

6.      Local 1182 members work out of Traffic Commands, located throughout all five boroughs of New York City.  TEAs report to those Commands in the morning before going out in the field and come back to those Commands at the end of their work day.  The Command is where they get instructions and notices from management and is, essentially, the only place they gather as a group during the course of a day.

7.     Local 1182 conducts elections every three years for its union-wide and borough-wide officers.  Under its rules, a candidate cannot be elected without receiving a majority of the votes cast.  If no candidate gets a majority, a runoff election is held.

8.     TEAs became NYPD employees in around 1995; previously they had been employed by the New York City Department of Transportation.

9.     Since 1995, whenever Local 1182 union elections have occurred, candidates have been allowed to campaign within Commands and have been allowed to address TEAs for up to 10 minutes prior to the official start of the TEAs' workday.

10.     Candidates are not the only people allowed to address the members before work. Insurance companies, including AFLAC and Combined Life Insurance of New York, are allowed to gather TEAs, give speeches and set up tables within the Commands in order to solicit customers. In fact, TEAs who wish to sign up are allowed to proceed belatedly to their assignments.

11.     Local 1182 began to conduct its most recent officer election in October 2014, when nominations were made.  There were up to six candidates nominated for each office, with at least four full slates.  Ballots were mailed in November and counted on December 18, 2014. Throughout the October to December 18, 2014 period, candidates were allowed to campaign in the non-work areas of Commands and were allowed to address members for 10 minutes prior to the start of shifts.

12.     During the campaign, Plaintiffs' slate distributed literature which was highly critical of the NYPD.  See, for example, Exhibit A.  Plaintiffs also collected signatures on petitions opposing a change of uniforms (Exhibit B), which got them press coverage (Exhibit C).

13.     Fifty-one percent of the Local 1182 members participated in the October–December 2014 election.

14.     No candidate received a majority of the votes for many of the offices in the Local 1182 election (see results annexed as Exhibit D). Under the Local 1182 Bylaws, a runoff was required for five (5) positions, including the four positions Plaintiffs are running for. Albert Sloh is running for President, Mohammad Shahjahan is running for Secretary-Treasurer, Olufemi Sokunbi is running for Executive Vice-President, and Uduhiri Kingsley is running for Vice President.

15.     During the runoff campaign Plaintiffs' slate distributed literature which was highly critical of the NYPD.

16.     Unfortunately, due to an appeal by the incumbents, who did not make the runoff, the runoff election was delayed. On April 24, 2015, Local 1182's parent union, Communications Workers of America, ordered the runoff to proceed. See Exhibit E.

17.     On or about May 4, 2015, NYPD posted a notice, a copy of which is annexed as Exhibit F, which stated, in part:

> "No Campaigning on Department Premises"
> "All Campaigning Must Be Done Outside of Facility"
> "No Campaigning Allowed at Training Academy"

18.     On May 4, 2015, counsel for Plaintiffs wrote a letter to the New York City Police Commissioner, William Bratton, protesting the over-expansive new campaign rules posted by the NYPD and threatening to sue if the rules were not modified to at least allow campaigning in non-work areas. A copy of the letter is annexed as Exhibit G. On March 5, 2015, a copy was faxed to the Department's General Counsel, Lawrence Byrne. NYPD did not respond.

4

19.     On May 11, 2015, the runoff ballots were mailed out.  Plaintiffs and all other candidates in the runoff were deprived of the ability to speak directly with the members in a group and were limited to one-on-one conversations with members as they arrive at Commands. Conversations after people left were prohibited, since the TEAs were on duty. Nearly 200 new TEAs had been hired in the previous year, and for these members, this election was their first exposure to a union election campaign, and, with the expense of a mailing, it was difficult for candidates to reach out to them in what had always, up until May 2015, been a limited public forum.

20.     On May 28, 2015 the ballots for the runoff were counted. Only 40% of the members voted, in part, plaintiffs believe, because the NYPD limited campaigning in the Commands.  Plaintiffs Shahjahan and Sokunbi were elected to office, but the presidential election resulted in a tie.  The results are shown in Exhibit D.

21.     A new runoff will now occur. Ballots are expected to go out on or about June 5, 2015 or early during the week of June 8, 2015.

22.     Oral conversation with the members is the principal way that plaintiffs and other candidates have to reach members.  Plaintiffs Shahjahan, Sokunbi, and Kingsley wish to campaign for Plaintiff Sloh, and Plaintiff Sloh wishes to have a better opportunity to engage the members than he did during the first run-off

## AS AND FOR A CAUSE OF ACTION

23.     By acting as aforedescribed, the Defendant City of New York  has violated and continue to violate plaintiffs' rights under the First Amendment to the Constitution.

**INJURY**

24.     Unless injunctive relief barring enforcement of the NYPD's campaign rules is issued, plaintiffs will suffer, as they have already suffered, irreparable injury.

**PRAYER FOR RELIEF**

Plaintiffs pray that this Court:

1.     Enter a Temporary Restraining Order, preliminary injunction, and permanent injunction barring the NYPD from enforcing its rules prohibiting campaigning on NYPD property, and limiting such prohibition to work areas when Local 1182 members are at work.

2.     Enter an order awarding attorneys' fees and costs, and such other further relief as is just and equitable.

Dated: June 1, 2015

ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS
Attorneys for Plaintiffs

By:_____
         Arthur Z. Schwartz
225 Broadway, Suite 1902
New York, New York  10007
(212) 285-1400
aschwartz@afjlaw.com

## VERIFICATION

I Sokunbi Olufemi , a plaintiff herein,, certifies that he has read

the Complaint and that it is true to his knowledge, information and belief.

Dated: June 1, 2015

Sworn to before me this _1st_

day of June, 2015

_____
Notary Public

ARTHUR ZACHARY SCHWARTZ
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02SC4689236
COMM. EXP. 10/31/15

7

# EXHIBIT A



A

# THIS IS YOUR UNION –
# Make it Strong!

## New York City… BREAK THE PATTERN!

- ✔ Reject the City-wide pattern!
- ✔ Give us a higher max!
- ✔ Give us a step by step plan!
- ✔ Give us night and bad weather differentials!
- ✔ No more arbitrary discipline!

## Local 1182… BREAK THE PATTERN!

- ✔ Give us the power to cut officer salaries!
- ✔ Give us monthly union meetings!
- ✔ Give us the ability to read the books and see the truth!
- ✔ Give us control of our money so we can stop the stealing!
- ✔ Give us a modern, interactive website!

**BREAK THE PATTERN of greed and corruption…Give us what we deserve!**



Albert C. Sloh
Presidential Candidate



Shahjahan Mohammad
Secretary Treasurer Candidate



Sokunbi Olufemi
Ex-Vice President Candidate



Uduhiri Kingsley
Vice President (TEA) Candidate



Patricia David
Vice President (SEA) Candidate



Rajendranath Ramai
Chief Delegate Candidate



Rahman Aziziur
Delegate-At-Large Manhattan



Debasish Baral
Delegate-At-Large Queens



Hossain Shadat
Delegate-At-Large Brooklyn

# Stand with us and BREAK THE PATTERN.
### Vote the Sloh – Shahjahan Team! Ballots coming soon…

# EXHIBIT B

# advocates
# for justice
## chartered attorneys

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

March 26, 2015

Honorable Bill de Blasio
Mayor
City Hall
New York, New York  10007

William Bratton
Commissioner
New York City Police Department
One Police Plaza
New York, New York  10007

Thomas M. Chan
Chief of Transportation
New York City Police Department
One Police Plaza
New York, New York  10007

Michael Pilecki
Inspector, Traffic Control Division
104 West 36th Street
New York, New York  10018

Re:   Taking Traffic Agents Out of NYPD Uniforms

Dear Mayor de Blasio, Commissioner Bratton, Chief Chan, and Inspector Pilecki:

This office represents Shajahan Mohammed, the current Manhattan Delegate for
Communications Workers Union of America, Local 1182.  Mr. Mohammed has collected
signatures for over 1,100 Traffic Agents Level 1 and 2, the men and women who direct traffic

β

# advocates
# for justice
## chartered attorneys

Mayor Bill de Blasio
Commissioner William Bratton
Chief Thomas M. Chan
Inspector Michael Pilecki
March 26, 2015
Page 2

and enforce parking laws and regulations, expressing outrage over the apparent decision of NYPD to take Traffic Agents out of NYPD blue uniforms.

For at least 20 years Traffic Agents have worn the same uniform as Police Officers. As a result, Traffic Agents, who were once called "Brownies," have been accorded far more respect from the public. Assaults are down and Agents' presence, in uniform, has played a role in the enormous crime reduction New York City has seen since the early 1990s.

NYPD staff has been going around to Traffic Commands showing Agents new uniforms that do not look like those of Police Officers. The Agents, to a person, are upset. In an era when there is tension between the police and communities they patrol, the last thing Traffic Agents need is to again become easy targets. To a person, that is what the workforce believes these new uniforms will accomplish.

Local 1182 does not have a collective bargaining agreement at present, and the union is in the midst of an election where the incumbent has not made it into the runoff. On behalf of Local 1182's members, we implore you to pull back this poorly thought-out policy and have bilateral discussions with the union leadership about how to better accomplish whatever it is that NYPD wishes to accomplish with this uniform proposal.

Sincerely,

Arthur Z. Schwartz

AZS:dr

cc:     Shajahan Mohammed
        Albert Sloh



## PETITION

TO: HONOURABLE MAYOR BILL de BLASIO

POLICE COMMISSIONER WILLIAM J. BRATTON

### TRAFFIC AGENTS NEED TO STAY IN BLUE NYPD UNIFORMS! KEEP US SAFE!

We the undersigned members of Local 1182 Communications Workers Union of America, employed as Traffic Enforcement Agents (TEA Level I & II) under the umbrella of the New York City Police Department, do request your immediate intervention in the issue concerning the proposed changes to our current uniform. We applauded the department's attempts to address the issue of safety for the lives of Traffic Enforcement Agents, but we strongly believe that changing our current uniform will be counterproductive to our safety and will only make us more vulnerable to constant attacks and abuse by the general public. Traffic agents will always experience some level of abuse while performing their duties but our current uniform served as a deterrent to those who would have had a free pass to abuse the agents as they did under D.O.T. when the uniform color was brown.

- This is already a difficult time to work in Law Enforcement.
- The Blue Uniform of the NYPD acts as a protective shield for Traffic Enforcement Agents, who are otherwise the subject of physical and emotional attacks, disrespects and ridicule.
- Our Blue NYPD Uniform tells the public that we are NYPD Traffic Enforcement Agent.
- Our Blue NYPD Uniform brings us respect.
- Our Blue NYPD Uniform gives us a measure of protection.

Taking away our Blue NYPD Uniforms will not keep us safe, it will only derailed the little respect that we have received for being part of NYPD. There is no doubt in our minds that the lives of Traffic Enforcement Agents is at risk due to the recent uptake in violence against law enforcement officers, but a round table discussion is needed to address the issue of our safety not a quick change of our current uniform. Please stop the changes and allowed Traffic Enforcement Agents to keep their current uniform.

| Name of Agent | Command | Signature |
|---|---|---|
| MD. R. ISLAM | NIC | |
| SAUNDRA L. WILLS | NIC | |
| Fahim Wasser | NIC | Wauffah |
| ASHRAFUZZAMAN, MOHAMMAD | NIC | M. Ashrafuzzaman |
| MOHAMMED. J. KHANAKER | N.I.C | MD. J. Khaker |
| DELL Courtney | NIC | |
| Ahmed M.S. | NIC | A med MS |
| JEFFERSON, Anthony A | NIC | |
| Yassel Hope A | NIC | |
| Annette Bigley | N.IC | Bigby, Anette |

Return this to: 225 Broadway, Suite 1902. New York, NY



**THE POLICE COMMISSIONER**
CITY OF NEW YORK

April 14, 2015

Mr. Arthur Z. Schwartz
Advocates for Justice
Charted Attorneys
225 Broadway Suite 1902
New York, N.Y. 10038

Re:    **Taking Traffic Agents Out of
          NYPD Uniforms**

Dear Mr. Schwartz:

At a meeting on March 31, 2015 the Chief of Transportation, Thomas Chan, led a discussion with the Chief of Department, the Executive Staff and me about the outstanding work of the Traffic Enforcement Agents. Agents direct traffic and ensure safety for motorists and pedestrians on city streets in all types of weather and sometimes under emergency conditions as was evident at the scene of the recent gas explosion on Second Avenue in Manhattan. The safety of all Members of the Service, including Traffic Enforcement Agents, is always at the forefront of Department concerns. The discussion focused on the visibility of Traffic Enforcement Agents performing the important function of traffic control at all times and in particular during these emergency conditions. Improved reflective vests and inclement weather gear was discussed. The Executive Staff was assured there were no plans to make changes in the color or design of the current uniform of the Traffic Enforcement Agents. Agents will continue to wear the same color duty jackets, shirts, trousers, hats and insignia/patches that they presently wear.

I have directed that all Traffic Enforcement Agents be made aware of this and that the Department is only considering enhancements to safety equipment for the agents.

In addition, I have indicated that any and all such changes should be implemented after extensive collaboration with the rank and file agents as well as their union representatives so that only the best safety equipment available is identified to enhance the safety of agents in the field.

All the best,

William J. Bratton
Police Commissioner

# EXHIBIT C

# Traffic agents seeing red over green unis

**EXCLUSIVE**

By CARL
CAMPANILE

The NYPD plans to replace the department-blue uniforms used by some of its traffic-enforcement agents — a move that has provoked an outcry from workers who claim the new duds will imperil their safety, The Post has learned.

"They're talking about giving us a green-color shirt and jacket, green baseball cap and black pants. We'll look like the Joker!" said Shajahan Mohammed, the Manhattan delegate for Local 1182, the agents' union.

These uniforms will make the job more dangerous for workers. Right now, people think we are law enforcement."

There are two types of traffic-enforcement agents: those who perform traffic patrols at intersections and those who issue tickets for parking violations.

Agents used to wear brown uniforms — earning them the nickname "brownies" — but after they were incorporated into the NYPD in 1996, they were issued blue uniforms that include a patch identifying them as members of the police force.



**SINGING THE BLUES:** Traffic agents would look like this under a proposal to change the color of their uniforms from blue to green and black.

But unlike police officers, the 3,000 traffic agents do not carry weapons.

Agents argue that wearing blue reduces assaults against their members because the public treats people in the uniform with more respect, and roadragers are more wary of assaulting someone associated with law enforcement or who looks like a cop.

The brown uniforms singled them out for more abuse and attacks from irate motorists, agents noted.

The NYPD told The Post that it is considering providing different-colored uniforms for the agents guiding traffic but not for those enforcing parking rules.

A police spokesman said the department's intention is to bolster the safety of the agents controlling traffic.

NYPD traffic brass informed the agents of the proposed switch in uniforms during recent roll-call meetings.

In response, Local 1182 has dispatched a petition and letter to both Police Commissioner Bill Bratton and Mayor de Blasio urging them to scuttle the uniform change.

"Traffic agents will always experience some level of abuse while performing their duties, but our current uniforms served as a deterrent to those who would have had a free pass to abuse the agents as they did under [the Department of Transportation] when the uniform color was brown," the union petition said.

"Taking away our blue NYPD uniforms will not keep us safe," it reads. "It will only derail the little respect that we have received for being part of the NYPD."

Union brass is calling for "a roundtable discussion" rather than a rushed decision to make over the wardrobe.

*ccampanile@nypost.com*

METRO

# Traffic cops to continue wearing blue uniforms

By Carl Campanile

April 21, 2015 | 4:59pm



Photo: Reuters

The city's traffic enforcement agents will continue to wear NYPD blue.

So says Police Commissioner Bill Bratton, who torpedoed talk that police brass were mulling replacing their uniforms.

The discussions — reported by The Post last month — provoked a firestorm of opposition from the agents, who worried that wearing distinctive new duds would imperil their safety.

They argued that wearing NYPD blue reduces assaults because the public treats the uniform with more respect and road-ragers are more wary of assaulting someone who looks like a cop.

Unlike police officers, traffic agents do not carry weapons.

Some of the 3,000 agents issue traffic summonses while others direct traffic.

The top-level discussions centered on changing the uniforms of the agents who patrol traffic.

"The safety of all members of the service, including traffic enforcement agents, is always at the forefront of department concerns," Bratton said in a April 14 letter to Arthur Schwartz, a labor lawyer who represents some of the agents in Local 1182 of the Communication Workers of America.

"The executive staff was assured there were no plans to make changes in the color or design of the current uniform," Bratton said.

He explained that the department is only considering providing "improved reflection vests and inclement weather gear" for added safety.

FILED UNDER    **BILL BRATTON** , **NYPD** , **UNIFORMS**

**School worker turns him...**

# PROMOTED STORIES

Promoted Content by

# RECOMMENDED FOR YOU

# EXHIBIT D

# CWA Local 1182

FINAL RESULTS                                                    TOTAL

| PRESIDENT | |
|---|---|
| ROBERT CASSAR | 243 |
| WILBERT CASTILLO | 115 |
| JAMES HUNTLEY | 39 |
| HASAN MOHAMMED | 7 |
| SYED RAHIM | 354 |
| ALBERT C. SLOH | 344 |
| ERIC G. STROMSVOLD | 136 |
| SK GHEDUZ ZAMAN | 17 |
| BLANKS/VOIDS | 14 |
| TOTAL | 1269 |
| | CHECK |

D

| VICE-PRESIDENT (TRAFFIC) | |
| --- | --- |
| JACQUELINE BURNETT | 162 |
| SANDRA JACKSON | 271 |
| TAMMY MEADOWS | 285 |
| PETER A. PHILLIPS | 173 |
| KINGSLEY UDUHIRI | 316 |
| BLANKS/VOIDS | 62 |
| TOTAL | 1269 |
| | CHECK |

| EXECUTIVE VICE – PRESIDENT | |
| --- | --- |
| SHOWKAT KHAN | 333 |
| MNM ALAMGIR | 80 |
| RICHARD BROWN | 300 |
| JACQUELINE BROWN | 217 |
| SOKUNBI OLUFEMI | 302 |
| BLANKS/VOIDS | 37 |
| TOTAL | 1269 |
| | CHECK |

| CHIEF DELEGATE (TRAFFIC) | |
| --- | --- |
| MUMTAZ AHMAD | 272 |
| MICHAEL JACKSON | 321 |
| MARIANO ESPINO | 212 |
| ANDRE PETERSON | 175 |
| RAJENDRANATH B. RAMAI | 230 |
| BLANKS/VOIDS | 59 |
| TOTAL | 1269 |
| | CHECK |

| SECRETARY/TREASURER | |
| --- | --- |
| PATRICK PLUMMER | 270 |
| LEE E. BROWN | 99 |
| DERRON DEFREITAS | 264 |
| RAHMAN, MOHAMMED ATIGUR | 161 |
| MOHAMMAD SHAHJAHAN | 430 |
| BLANKS/VOIDS | 45 |
| TOTAL | 1269 |
| | CHECK |

## DELEGATE AT LARGE (BROOKLYN)

| | |
|---|---|
| ALLISON BROWN | 223 |
| SHADAT HOSSAIN | 486 |
| TANYA LEWIS | 197 |
| STEVE MULLEN | 89 |
| SHANEQUA WORLEY | 176 |
| BLANKS/VOIDS | 98 |
| TOTAL | 1269 |

## DELEGATE AT LARGE (MANHATTAN)

| | |
|---|---|
| REJI GEORGE | 194 |
| HERBERT GRINNAGE | 245 |
| SYED ISLAM | 381 |
| AZIZUR RAHMAN | 466 |
| TOMMIE STAMPLEY | 154 |
| ROBERT STOKES | 335 |
| BLANKS/VOIDS | 763 |
| TOTAL | 2538 |

## DELEGATE AT LARGE (BROOKLYN)

| | |
|---|---|
| ALLISON BROWN | 223 |
| SHADAT HOSSAIN | 486 |
| TANYA LEWIS | 197 |
| STEVE MULLEN | 89 |
| SHANEQUA WORLEY | 176 |
| BLANKS/VOIDS | 98 |
| TOTAL | 1269 |

## DELEGATE AT LARGE (MANHATTAN)

| | |
|---|---|
| REJI GEORGE | 194 |
| HERBERT GRINNAGE | 245 |
| SYED ISLAM | 381 |
| AZIZUR RAHMAN | 466 |
| TOMMIE STAMPLEY | 154 |
| ROBERT STOKES | 335 |
| BLANKS/VOIDS | 763 |
| TOTAL | 2538 |

| DELEGATE AT LARGE (QUEENS) | |
|---|---|
| DEBASISH BARAL | 324 |
| MD HOSSAIN | 302 |
| RUSSELL MARTIN | 392 |
| CHERER SAINTE | 174 |
| BLANKS/VOIDS | 77 |
| TOTAL | 1269 |
| | CHECK |

# EXHIBIT E

**Communications
Workers of America**
AFL-CIO, DISTRICT 1
Local 1182

108-18 Queens Blvd.
Forest Hills, N.Y. 11375
718-268-6353/54
FAX #718-793-9481
www.cwalocal1182.org

**Robert Cassar
President**

Showkat Khan
Exec. Vice-President

Patrick Plummer
Secretary-Treasurer

Ruth Thomas
Vice-President (SEA)

Syed Rahim
Vice-President (TEA)



April 24, 2015

Dear Brothers and Sisters,

This letter is to update the members on the decision of whether to have a rerun of the Local 1182 Election or to have a runoff. After the majority of the members voted at the March 7, 2015 membership meeting to rerun the election, CWA National Vice-President Chris Shelton had to make the decision on whether to honor the majority of the membership's decision to rerun the election or to have a runoff. Mr. Shelton has made his decision.

Unfortunately, Mr. Shelton voted against the membership and two of his rulings was (1) the Election Committee's decision to rerun the election was incorrect and the Membership Meeting that was held on March 7, 2015 was "Moot" and (2) He ruled that "no observers could have observed the ballot count" at the March 7, 2015 meeting. Mr. Shelton's decision says that there will not be a rerun of the election. The Election Committee is directed to proceed to have a runoff election.

The positions of President, Secretary/Treasurer, Executive Vice-President, Vice-President and Chief Delegate will participate in the runoff. The winners for the Delegates at Large positions for Brooklyn, Manhattan, Queens and The Bronx should be seated at once. The candidates running in the runoff are as follows:

- President – Syed Rahim, Albert C. Sloh
- Secretary/Treasurer – Patrick Plummer, Mohammed Shahjahan
- Executive Vice-President - Solumbi Olufemi, Showkat Khan
- Vice-President – Tammy Meadows, Kingsley Uduhiri
- Chief Delegate – Michael Jackson, Mumtaz Ahmad

The ballots will be mailed out to the members on Monday May 11, 2015. The runoff election will take place on Tuesday May 26, 2015, 10:00am at American Arbitration Association (AAA), 120 Broadway, 21ˢᵗ Fl, New York, NY 10271.

Tanui Jackson, Chair

Veronica Peaks, Co-Chair

Election Committee

Election Committee

*E*

# EXHIBIT F

# ATTENTION! ATTENTION!

# ALL COMMANDING OFFICERS

Local 1182 is having their runoff election make note of the following:

1. __NO CAMPAIGNING__ ON CITY TIME.
2. __NO CAMPAIGNING__ ON DEPARTMENT PREMISES.
3. ALL CAMPAIGNING MUST BE DONE OUTSIDE OF FACILITY.
4. MUST NOT DELAY PERSONNEL FROM GOING TO POST.
5. __NO CAMPAIGNING__ ALLOWED AT TRAINING ACADEMY.
6. POSTERS & UNION NEWSLETTERS MAY BE POSTED ON __AUTHORIZED__ BOARD AT COMMANDS.

Deputy Director, Field Operations
4/30/2015

F

# EXHIBIT G

# advocates
# for justice
## chartered attorneys

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

May 4, 2015

By UPS Overnight

Hon. William J. Bratton
Commissioner
New York City Police Department
1 Police Plaza
New York, New York  10038

Re:   Election Campaign of CWA Local 1182

Dear Commissioner Bratton:

We represent Albert Sloh and Shajahan Mohammed, both Traffic Officers who are running for President and Secretary Treasurer of CWA Local 1182, and are in a runoff election, with ballots going out on May 11, 2015.

The Department's reaction to the runoff election, which followed a long-delayed ruling on an election appeal, runs contrary to forty years of Department policy and violates the Department's obligations under the First Amendment.  Signs posted in each command state:

"No campaigning on Department Premises"
"All campaigning Must Be Done Outside of Facility"
"No Campaigning Allowed at Training Academy"

These prohibitions are unlawfully overbroad.

If we cannot resolve this issue within the framework of lawful First Amendment activity at work locations (i.e., campaigning has to be allowed in non-work areas, at non-work times) and past permitted activity (which allowed candidates the right to address members at each command for ten minutes before a shift started), we will seek injunctive relief on Wednesday, May 6, 2015.

Sincerely,

Arthur Z. Schwartz

cc:   Thomas M. Chan
      Michael Pilecki
      Douglas B. Maynard, Esq.



**advocates
for justice
chartered attorneys**

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

May 4, 2015

<u>By UPS Overnight</u>

Hon. William J. Bratton
Commissioner
New York City Police Department
1 Police Plaza
New York, New York  10038

        Re:   <u>Election Campaign of CWA Local 1182</u>

Dear Commissioner Bratton:

We represent Albert Sloh and Shajahan Mohammed, both Traffic Officers who are running for President and Secretary Treasurer of CWA Local 1182, and are in a runoff election, with ballots going out on May 11, 2015.

The Department's reaction to the runoff election, which followed a long-delayed ruling on an election appeal, runs contrary to forty years of Department policy and violates the Department's obligations under the First Amendment.  Signs posted in each command state:

        "No campaigning on Department Premises"
        "All campaigning Must Be Done Outside of Facility"
        "No Campaigning Allowed at Training Academy"

These prohibitions are unlawfully overbroad.

If we cannot resolve this issue within the framework of lawful First Amendment activity at work locations (i.e., campaigning has to be allowed in non-work areas, at non-work times) and past permitted activity (which allowed candidates the right to address members at each command for ten minutes before a shift started), we will seek injunctive relief on Wednesday, May 6, 2015.

Sincerely,

Arthur Z. Schwartz

cc:   Thomas M. Chan
      Michael Pilecki
      Douglas B. Maynard, Esq.

# advocates
# for justice
## chartered attorneys

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

## Facsimile transmission:

Date: _5/5/15_

To: _Commissioner Laurence Byrne_

Fax number: _646-610-8428_

From: _Arthur Schwartz - 917 923-8134_

Number of pages (including cover): _1_

Hard copy ____ will _✓_ will not follow.

_✓ has been sent_

Comments: _This was sent Monday by Overnight Mail. I apologize for not copying you but the NYPD website still lists Douglas Maynard as Chief Legal Counsel._

_(We are trying to avoid litigation). Please call this evening if at all possible._

If there is a problem with this fax, please call (212) 285-1400.

The information contained in this fax message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

# EXHIBIT H



May 27, 2015

# THE RESULTS OF THE LOCAL 1182 RUN-OFF ELECTION HELD ON TUESDAY MAY 26, 2015 ARE AS FOLLOWS:

| POSITION | CANDIDATE | VOTES |
|---|---|---|
| President | Syed Rahim | 600 |
| | Albert C. Sloh | 600 |
| Executive Vice-President | Showkat Khan | 506 |
| | Sokunbi Olufemi | 677 |
| Secretary/Treasurer | Patrick Plummer | 516 |
| | Mohammad Shahjahan | 687 |
| Vice-President | Tammy Meadows | 669 |
| | Kingsley Uduhiri | 529 |
| Chief Delegate | Michael Jackson | 669 |
| | Mumtaz Ahmad | 531 |

ELECTION COMITTEE

*Jarvis Jackson*

*Veronica Peals*

H